IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )       2:10cr186-MHT
JARRELL W. WALKER, JR.      )           (WO)
```

## JUDGMENT OF ACQUITTAL

It is the ORDER, JUDGMENT, and DECREE of the court that defendant Jarrell W. Walker, Jr. is not guilty of all the charges against him.

It is further ORDERED that defendant Walker is acquitted and discharged and any bond exonerated.

DONE, this the 16th day of March, 2012.

```
            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE
```